# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03130-LTB-NYW

SEAN EDINGER,

    Plaintiff,

v.

AVENUE GRILL, INC.,

    Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Under Rule 41(a)(1)(ii), FED. R. CIV. P., Defendant Avenue Grill, Inc., by and through its counsel, and Plaintiff, by and through his counsel, respectfully request that the Court enter an Order dismissing this case with prejudice. The Parties agree that this matter has been resolved on a confidential basis, and that the Court may enter an Order dismissing this action with prejudice, with each part to pay his or its own costs.

Respectfully submitted on December 13, 2021

/s/ Thomas H. Mitchiner
Thomas H. Mitchiner
Mitchiner Law, LLC
1240 S. Parker Rd. Suite 103
Denver, CO 80231
720-538-0371
tmitchiner@mitchinerlawllc.com
*Counsel for Plaintiff*

1

Overture McGath & Hull, P.C.

/s/ Lindsey W. Jay
Lindsey W. Jay
Overture McGath & Hull, P.C.
625 E. 16th Ave.
Denver, CO 80203
303-860-2848 ext; 593
lwj@omhlaw.com
Counsel for Defendant

## **CERTIFICATE OF SERVICE**

I certify that on December 13, 2021, the office of Thomas H. Mitchiner, Mitchiner Law, LLC, the Plaintiff's counsel, served the foregoing, on to the following counsel for the Defendant via CM/ECF:

Lindsey W. Jay
Overture McGath & Hull, P.C.
625 E. 16th Ave.
Denver, CO 80203
303-860-2848 ext; 593
lwj@omhlaw.com
Counsel for Defendant


/s/ Thomas H. Mitchiner
Thomas H. Mitchiner